**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

ROBERT WEISSMAN *et al.*,

      *Plaintiffs*,

    v.

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK.,

      *Defendant*.

Civil Action No. 20-cv-28 (TJK)

---

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Dismiss, ECF No. 9, is **GRANTED**, and Plaintiffs'

Cross-Motion for Summary Judgment, ECF No. 10, is **DENIED**.  This is a final, appealable

Order.  The Clerk of Court is directed to close the case.

    **SO ORDERED.**

                  /s/ Timothy J. Kelly
                  TIMOTHY J. KELLY
                  United States District Judge

Date: July 31, 2020